KATARYNA LOTOCKA, as Administratrix, etc., of ALEX LOTOCKA, Deceased, v.

App. Div.]                    Second Department, April, 1927.

Geo-Ted Realty Corporation, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.